**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 23, 2023

Mr. Michael Joseph Boyle Jr.
Meyer Wilson
305 W. Nationwide Boulevard
Columbus, OH 43215

Mr. John R. Richards
Greenberg Traurig
3333 Piedmont Road, N.E., Suite 2500
Atlanta, GA 30305

Re: Case No. 23-3698, *Thomas Merck v. Walmart, Inc.*
Originating Case No. : 2:20-cv-02908

Dear Counsel,

This appeal has been docketed as case number **23-3698** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 6, 2023**. ==Additionally, the transcript order must be completed by that date.== For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

|  | Appearance of Counsel |
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Leon T. Korotko
Case Manager
Direct Dial No. 513-564-7069

cc:  Ms. Naomi G. Beer
     Mr. James Norman Boudreau
     Ms. Eleanor Michelle Drake
     Mr. Joseph C. Hashmall
     Ms. Erika L. Nusser
     Ms. Christiana L. Signs
     Ms. Beth Ellen Terrell
     Mr. Matthew Ryan Wilson

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3698

THOMAS MERCK, individually and as a representative of the Class

    Plaintiff - Appellant

v.

WALMART, INC.

    Defendant - Appellee